UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WAYNE E. DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:07-cv-549-DFH-TAB |
| ) | |
| MICHAEL J. ASTRUE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed *in forma pauperis* is **granted.**

2. It has been noted that "dismissal of a complaint on the ground that it is unintelligible is unexceptional." *Davis v. Ruby Foods, Inc.,* 269 F.3d 818, 820 (7th Cir. 2001). This principle explains why the complaint in this case must be dismissed.

3. No judgment shall be issued at this time. Instead, the plaintiff shall have **through May 22, 2007,** in which to **file an amended complaint.** If the plaintiff submits an amended complaint, he shall conform to the following guidelines: (a) the amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . . ," (b) the amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances, (c) the amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury, and (d) the amended complaint shall contain a clear statement of the relief which is sought, including any request for injunctive relief. The amended complaint, of course, should refer to the cause number assigned to this case, that being No. 1:07-cv-549-DFH-TAB, and should be labeled "Amended Complaint."

      4.      If an amended complaint is filed as directed in paragraph 3 of this Entry, the court will screen it as required by 28 U.S.C. § 1915(e) and either dismiss the action or issue whatever other order is warranted. If no amended complaint is filed as directed in paragraph 3 of this Entry, the action will be dismissed in its entirety without further notice to the plaintiff.

      5.      The motion for judgment filed on May 1, 2007, is **denied as premature and as without basis** in the absence of a complaint which sets forth a coherent basis for relief.

      So ordered.

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date:   5/3/2007

Distribution:

Wayne E. Dunn
1109 N. Bosart Ave.
Indianapolis, IN 46201